UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BWXT NUCLEAR OPERATIONS GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01054-SEB-KMB ) |
| J & L HATFIELD, LLC, JEFFREY HATFIELD, LOIS ANN HATFIELD, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion for Sanctions or, in the Alternative, Motion to Compel [Dkt. 31]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiff's Motion to Compel is GRANTED as outlined in the Report and Recommendation. Dkt. 46. Plaintiff's Motion for Sanctions is GRANTED IN PART AND DENIED IN PART. *Id.*

Date: 7/23/2025

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

J & L HATFIELD, LLC
1911 15th Street
Columbus, IN 47201

JEFFREY HATFIELD
1911 15th Street
Columbus, IN 47201

LOIS ANN HATFIELD
1911 15th Street
Columbus, IN 47201

Jeffrey W. Ahlers
KAHN DEES DONOVAN & KAHN
jahlers@kddk.com

Brandon T. Curl
Kahn, Dees, Donovan & Kahn
bcurl@kddk.com