UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BWXT NUCLEAR OPERATIONS GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:24-cv-01054-SEB-KMB |
| J & L HATFIELD, LLC, JEFFREY HATFIELD, LOIS ANN HATFIELD, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Renewed Motion for Sanctions or, in the Alternative, Motion for Contempt and/or to Compel [Dkt. 60]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiff's Renewed Motion for Sanctions or, in the Alternative, Motion for Contempt and/or to Compel is hereby GRANTED IN PART AND DENIED IN PART.

The Court enters default judgment against Defendant J & L Hatfield, LLC.

BWXT shall serve any renewed discovery requests on Mr. and Ms. Hatfield within 21 days from the date of this order. BWXT's renewed discovery requests shall specifically state which of the previously served discovery requests it is still asking Mr. and Ms. Hatfield to respond to or supplement their prior response. Mr. and Ms. Hatfield must respond to those renewed requests within 21 days from the date on which they are served, fully responding to each request absent a legally appropriate objection. This includes providing all responsive

documents communications, and other evidence that is requested. Non-compliant discovery responses similar to the examples set forth above are insufficient and will be deemed a violation of this Order, which may result in further sanctions up to and including a default judgment entered against Mr. and Ms. Hatfield. Mr. and Ms. Hatfield must also strictly comply with the response deadline. Failure to comply with this deadline may result in further sanctions up to and including a default judgment.

Within 14 days from the date of this order, Mr. and Ms. Hatfield are ORDERED to produce photographs and video taken within 7 days of the date they are sent to BWXT that clearly show the current full state of the Table. Photographs or video of poor quality or that otherwise do not obviously and clearly allow BWXT to see the current full state of the Table, such as the video provided to BWXT shortly before the April 2025 hearing in this case, are not sufficient and will be deemed a violation of this Order. [See dkt. 46 at 5 n.2.] BWXT is ORDERED to promptly file a notice with the Court stating whether it received the ordered photographs and video by the above deadline.

As required by Federal Rule of Civil Procedure 37(d), Mr. and Ms. Hatfield shall pay for BWXT's costs and attorney fees associated with the preparation and filing of BWXT's Renewed Motion for Sanctions. [Dkt. 52.] BWXT shall file a motion for attorney's fees and costs within 14 days of the date of this order.  Mr. and Ms. Hatfield shall have 14 days to respond to that forthcoming motion when filed, and BWXT shall have 14 days to reply.

Because Defendants responded to BWXT's discovery request six days after the deadline, each Defendant is sanctioned $600.00, totaling $1,800.00 owed to BWXT. No later than 14 days from the date of this order, Defendants must tender payment of $1,800.00 to BWXT's counsel (Kahn, Dees, Donovan & Kahn). BWXT's counsel is ORDERED to promptly file a notice with

the Court when that payment is made in full or the deadline to do so has passed and payment has not been made.

Date: 1/14/2026

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

J & L HATFIELD, LLC
1911 15th Street
Columbus, IN 47201

JEFFREY HATFIELD
1911 15th Street
Columbus, IN 47201

LOIS ANN HATFIELD
1911 15th Street
Columbus, IN 47201

Jeffrey W. Ahlers
KAHN DEES DONOVAN & KAHN
jahlers@kddk.com

Brandon T. Curl
Kahn, Dees, Donovan & Kahn
bcurl@kddk.com